AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Michael Cobb | ) | Case No.  **22mj76** |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  January 15, 2022  in the county of  Rio Arriba  in the _____ District of  New Mexico , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113 | Bank Robbery |
| 18 U.S.C. § 924(c)(1)(A)(iii) | Discharge of a Firearm During and in Relation to and in Furtherance of a Crime of Violence |

This criminal complaint is based on these facts:

See attached affidavit.

☒ Continued on the attached sheet.

*Complainant's signature*

Byron Abeyta, FBI Task Force Officer
*Printed name and title*

Sworn to before me by telephone or other reliable electronic means.

Date: January 20, 2022

*Judge's signature*

City and state:  Albuquerque, New Mexico    Laura Fashing, US Magistrate Judge
*Printed name and title*

FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                    Case No. _____

**MICHAEL COBB,**

      Defendant.

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Byron Abeyta, being duly sworn, depose and say as follows:

1) I am a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI) and have been since April 2019. I am currently assigned to the Albuquerque Division, Santa Fe Resident Agency. During my employment with FBI, I have conducted numerous investigations for suspected violations of federal law, including participation in other bank robbery investigations. I have received training in how to conduct complex investigations and I have participated in the execution of arrest and search warrants involving bank robbery subjects and firearms violations in the past.

2) The information set forth in this affidavit has been derived from my own investigation and/or communicated to me from Espanola Police Department (EPD), Pojoaque Tribal Police Department (PTPD), other sworn law enforcement officers, other reliable sources, and from records and documents that I, and others, have reviewed.

3) This information is submitted for the limited purpose of establishing probable cause to believe that Michael COBB has committed felony violations of 18 U.S.C. § 2113, that being bank robbery, and 18 U.S.C. § 924(c)(1)(A)(iii), that being discharge of a firearm during and in relation to and in furtherance of a crime of violence. This affidavit therefore does not set forth all of my knowledge about this matter.

4) On January 15, 2022, Espanola Police Department (EPD) was dispatched to Century Bank at 322 North Riverside Drive in Espanola, New Mexico (NM) 87532, a location within the District of New Mexico, in reference to a robbery that occurred at the drive-up Automated Teller Machine (ATM) that is affiliated with the bank. The reporting person advised Espanola Dispatch that the suspect vehicle was a red in color hatchback that fled southbound on Riverside Drive. The reporting person added that he believed the vehicle was occupied by a single male.

5) EPD officers made contact with the victim and noticed he was visibly shaken. The victim was identified as A.G. A.G. stated that he was working on the ATM when the red hatchback pulled up next to him. The male got out of the vehicle and told A.G. to just give him the money. The male pointed a weapon at A.G. and A.G. heard a popping sound but didn't believe it was a gun. A.G. backed away from the machine and the male grabbed the cash boxes and placed them in his vehicle. The male left the area southbound.

6) A review of video surveillance showed a male in a red Chevy Sonic hatchback with aftermarket wheels drive past the ATM once before parking south of the ATM. The male driver exited the vehicle with a black handgun and points it at A.G. A.G. points a tool at the male causing the male to take a step back. The male racked the slide to the handgun and pointed it at A.G. again. A.G. moved away from the ATM and the male grabbed two canisters from the ATM. The male loaded the canisters in his vehicle and walked back to the ATM. The male fired a single

round to the right of the ATM and grabbed two more canisters from the ATM. The male loaded the canisters in his vehicle and drove away.

7) The male was wearing tan pants, a gray long sleeve shirt, black and white shoes, prescription glasses, a blue surgical style mask, a hat with a grey crown and black flat brim with "California" on it. The male was a Hispanic male with short hair and a black mustache.

8) EPD collected a spent .45 casing near the ATM. EPD was able to identify the vehicle using their License Plate Reader (LPR) camera system. The LPR showed the vehicle to be New Mexico License Plate 800RSF. The vehicle was a red 2012 Chevrolet Sonic (VIN: 1G1JA6SH7C4118088) registered to Gary Cobb.

9) EPD contacted Rio Arriba Sheriff's Office (RASO) and requested them to check Gary Cobb's address at 302A County Road 57 in Ohkay Owingeh, NM for the vehicle. RASO did not locate the vehicle at the residence.

10) EPD contacted PTPD to search their LPR system for the vehicle. PTPD and EPD added the vehicle to their respective LPR Hot List to receive notifications on the vehicle.

11) EPD compared the surveillance to a photo of Gary Cobb and confirmed that he was not the suspect. EPD learned that Gary Cobb had a son by the name of Michael COBB.

12) On January 16, 2022, I conducted a spot check at 302A County Road 57. The suspect vehicle was not at the residence but Gary Cobb was observed outside of his residence. I spoke with Gary Cobb, who stated that the red Chevy Cobalt was his wife's vehicle. Gary stated that his son Michael COBB has had the vehicle for months. Gary stated that he is not sure if Michael took the vehicle or if his wife sold the vehicle to Michael. Gary stated that Michael COBB got out of jail approximately 6 months ago and has only stayed at the residence a couple times since.

13)     On January 19, 2022 Century Bank VP Thomas Martinez provided a Century Bank ATM Balancing Sheet. The sheet indicated that on January 14, 2022, the Espanola Drive-Up ATM was filled to $220,000. The amount taken from the four canisters was $187,340. Three of the four canisters were filled with $20 bills and the fourth canister was filled with $50 bills.

14)     On January 19, 2022, at approximately 3:50pm, PTPD received a notification that the vehicle was at Buffalo Thunder Casino. PTPD located the vehicle and attempted a traffic stop, but the vehicle fled. PTPD pursued the vehicle and were able to stop the vehicle on State Road 502.

15)     The driver and single occupant was identified as Michael COBB. PTPD located $921 in US currency on his person. The US currency included 10- $50 bills and 20- $20 bills. COBB's prescription glasses were broken as he was being detained and were located on the roadway next to the vehicle.

16)     Agents compared photographs and video from the Century Bank to photographs of Michael COBB at the scene. The video surveillance matched the build of COBB, the mustache, along with the glasses recovered from the scene. The vehicle had aftermarket wheels and also matched the description from Century Bank surveillance.

17)     Century Bank is insured by the Federal Deposit Insurance Corporation (FDIC), therefore it is a Bank as defined under 18 U.S. Code 2113. The Espanola location suffered a financial loss during COBB's robbery.

18)     Based on my training and experience and the facts as set forth in this affidavit, I assert there is probable cause that Michael COBB has committed a violation of 18 U.S.C. § 2113, that being bank robbery, and 18 U.S.C. § 924(c)(1)(A)(iii), that being discharge of a firearm during and in relation to and in furtherance of a crime of violence. Assistant United States Attorney Jack Burkhead has reviewed and approved this affidavit for legal sufficiency.

I swear that this information is true to the best of my knowledge and belief.

Respectfully submitted

Byron Abeyta

Task Force Officer

Federal Bureau of Investigation

Sworn to before me by telephone or other reliable electronic means.

~~Subscribed and sworn to before me~~ this 20th day of January 2022

Honorable Judge Laura Fashing

United States Magistrate Judge