FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FEB 0 8 2022

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**MICHAEL COBB,**<br><br>Defendant. | CRIMINAL NO. 22-191 JB<br><br>Count 1: 18 U.S.C. §§ 2113(a) and (d):<br>Bank Robbery with a Dangerous Weapon;<br><br>Count 2: 18 U.S.C. § 924(c)(1)(A)(iii):<br>Using and Carrying a Firearm During and<br>in Relation to a Crime of Violence, and<br>Possessing a Firearm in Furtherance of<br>Such Crime; Discharging Said Firearm. |

INDICTMENT

The Grand Jury charges:

Count 1

On or about January 15, 2022, in Rio Arriba County, in the District of New Mexico, the defendant, **MICHAEL COBB,** by force, violence, and intimidation, did take and attempt to take from the person and presence of another a sum of U.S. currency belonging to and in the care, custody, control, management and possession of Century Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and in committing such offense, the defendant did assault and put in jeopardy the life of another person by use of a dangerous weapon, that is, a firearm.

In violation of 18 U.S.C. §§ 2113(a) and (d).

Count 2

On or about January 15, 2022, in Rio Arriba County, in the District of New Mexico, the defendant, **MICHAEL COBB,** knowingly used and carried a firearm, during and in relation to a

crime of violence for which the defendant may be prosecuted in a court of the United States, specifically, armed bank robbery, as charged in Count 1 of this indictment, and possessed said firearm in furtherance of such crime, and the firearm was discharged.

In violation of 18 U.S.C. § 924(c)(1)(A)(iii).

_____
Assistant United States Attorney

_____
FOREPERSON OF THE GRAND JURY