FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 26 2024

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 22-0191 JB |
| vs. | ) Count 1: 18 U.S.C. §§ 2113(a) and (d): Bank Robbery; |
| **MICHAEL COBB**, | ) |
| Defendant. | ) Count 2: 18 U.S.C. § 924(c)(1)(A)(ii): Using and Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence, and Possessing and Brandishing a Firearm in Furtherance of Such Crime. |

INFORMATION

The United States Attorney charges:

Count 1

On or about January 15, 2022, in Rio Arriba County, in the District of New Mexico, the defendant, **MICHAEL COBB,** by force, violence, and intimidation, did attempt to take from the person and presence of another a sum of U.S. currency belonging to and in the care, custody, control, management and possession of Century Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and in committing such offense, the defendant did assault and put in jeopardy the life of another person by use of a dangerous weapon, that is, a firearm.

In violation of 18 U.S.C. §§ 2113(a) and (d).

Count 2

On or about January 15, 2022, in Rio Arriba County, in the District of New Mexico, the defendant, **MICHAEL COBB**, knowingly used, carried and brandished a firearm, during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, specifically, armed bank robbery, as charged in Count 1 of this indictment, and in furtherance of such crime, possessed and brandished said firearm.

In violation of 18 U.S.C. § 924(c)(1)(A)(ii).

ALEXANDER M.M. UBALLEZ
United States Attorney

_/s/ Kimberly Bell_
KIMBERLY BELL
Assistant United States Attorney