IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO.  22-CR-00191-JB |
| | ) | |
| vs. | ) | |
| | ) | |
| **MICHAEL COBB,** | ) | |
| | ) | |
| Defendant. | ) | |

UNITED STATES' MOTION FOR DOWNWARD ADJUSTMENT
IN DEFENDANT'S OFFENSE LEVEL

The United States of America files this motion pursuant to U.S.S.G. § 3E1.1(b), and moves the Court for an order for a one level downward adjustment of the Offense Level in sentencing the above-named defendant. As grounds therefor, the United States provides as follows:

1. Pursuant to U.S.S.G. § 3E1.1(a), the defendant clearly has demonstrated acceptance of responsibility for this offense, and the defendant's offense level should be decreased by two levels.

2. Prior to operation of U.S.S.G. § 3E1.1(b), the defendant's offense level is 16 or greater.

3. The defendant has assisted authorities in the investigation or prosecution of this matter by timely notifying authorities of the defendant's intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the Court to allocate their resources efficiently.

4. Therefore, pursuant to U.S.S.G. § 3E1.1(b), the defendant's offense level should be adjusted downward by one additional level.

WHEREFORE, the United States respectfully requests a downward adjustment in defendant's offense level of one additional level for acceptance of responsibility.

Respectfully submitted,

RYAN ELLISON
United States Attorney

*/s/ Electronically filed May 7, 2025*
KIMBERLY BELL
Assistant United States Attorney
201 Third St. NW, Suite 900
Albuquerque, NM 87102
(505) 346-7274

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2024, I filed the foregoing document electronically through the CM/ECF system. Pursuant to the CM/ECF Administrative Procedures Manual, §§ 1(a), 7(b)(2), such filing is the equivalent of service on parties of record.

*/s/*
Kimberly Bell
Assistant United States Attorney