# UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No. | 22-0191 JB | USA v. | COBB |
| Date: | 5/7/2025 | Name of Deft: | Michael Cobb |
| Before the Honorable | | James O. Browning | |
| Time In/Out: | 9:05 AM / 9:51 AM | Total Time in Court: | 0:46 |
| Clerk: | C. Padilla | Court Reporter: | J. Bean |
| AUSA: | Kimberly Bell | Defendant's Counsel: | Daniel Snyder, Appointed |
| Sentencing in: | ABQ | Interpreter: | N/A |
| Probation Officer: | Ethan Conover | Sworn? | Yes / No |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Convicted on: | X | Plea | | Verdict | As to: | X Information | Indictment |
| Plea: | X | Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | | |
| Plea Agreement: | X | Accepted | | Not Accepted | No Plea Agreement | Comments: | |
| Date of Plea/Verdict: | November 26, 2024 | | | | PSR: | Not Disputed | X Disputed |
| PSR: | X | Court Reviewed PSR Factual Findings and USSG Calculations and Adopts as Its Own | | | Evidentiary Hearing: | X Not Needed | Needed |
| Exceptions to PSR: | None | | | | | | |

### SENTENCE IMPOSED

Imprisonment (BOP): **As to Count 1, 70 months. As to Count 2, 84 months. Said terms shall run consecutively for a total term of 154 months.**

| Supervised Release: | 3 years as to each count; said terms shall run concurrently. | Probation: | | X | 500-Hour Drug Program |
|---|---|---|---|---|---|

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for _____ months _____ days |
| | Comply with ICE laws and regulations | | Community service for 40 hours |
| | ICE to begin removal immediately or during sentence | | Reside halfway house _____ months _____ days |
| X | Participate in outpatient substance abuse treatment program | | Register as sex offender |
| | Participate in outpatient mental health program | | Participate in sex offender treatment program |
| X | No alcohol or other forms of intoxicants | | Possess no sexual material |
| X | Submit to search of person/property | | No computer with access to online services |
| X | No contact with victim(s) and/or *co-Deft(s)* | | No contact with children under 18 years |
| | No entering, or loitering near, victim's | | No volunteering where children supervised |
| | Provide financial information | | Restricted from occupation with access to |
| | Grant limited waiver of confidentiality | | No loitering within 100 feet of school yards |

| x | OTHER: You shall waive your right of confidentiality and allow the treatment provider to release treatment records to the probation officer and sign all necessary releases to enable the probation officer to monitor your progress. The probation officer may disclose the presentence report, any previous substance abuse evaluations and/or other pertinent treatment records to the treatment provider.<br><br>--You must submit to substance abuse testing to determine if you have used a prohibited substance. Testing shall not exceed more than 60 test(s) per year. Testing may include urine testing, the wearing of a sweat patch, and/or any form of prohibited substance screening or testing. You must not attempt to obstruct or tamper with the substance abuse testing methods. You may be required to pay all, or a portion, of the costs of the testing.<br><br>--You must not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e.g., synthetic cannabinoids, synthetic cathinones, etc.) that impair your physical or mental functioning, whether or not intended for human consumption.<br><br>--You must not possess, sell, offer for sale, transport, cause to be transported, cause to affect interstate commerce, import, or export any drug paraphernalia, as defined in 21 U.S.C. 863(d).<br><br>-- You must reside in a residential reentry center, transitional living program or similar program for a term of 180 days. You are to commence upon release from confinement or upon the first available vacancy. You must follow the rules and regulations of the program.<br><br>-- You must provide the probation officer access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the U.S. Attorney's Office. |
|---|---|

| Fine: $ | 0.00 | | Restitution: $ | 102,320.00 | | |
|---|---|---|---|---|---|---|
| SPA: $ | 200.00 | | Payment Schedule: | X | Due Immediately | | Waived |
| OTHER: | | | | | | |

| X | Advised of Right to Appeal | X | Waived Appeal Rights per Plea Agreement |
|---|---|---|---|
| X | Held in Custody | | Voluntary Surrender |
| X | Recommended place(s) of incarceration: | | **FCI Florence, CO, if appropriate.** |
| | Dismissed Counts: | | |

| OTHER COMMENTS | Court calls case, parties enter appearances. Court addresses review of PSR and addendums, parties respond, yes.  Upon Court's inquiry, Govt. orally moves for third level reduction based on acceptance and informs will submit written motion and proposed form or order re: same at later time; Court grants. Defense counsel addresses Court to include argument in support of downward departure. AUSA addresses Court – does not agree on basis for downward departure. USPO addresses Court. Court denies downward departure based on over representation. Defense addresses court requests a downward variance. Defendant allocutes Court imposes sentence, and provides findings to support imposition of special conditions.  Govt. orally moves to dismiss Indictment and represents will submit written motion and proposed form of order re: same at later time; Court grants. Nothing further. |
|---|---|