IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                                                      No. CR 22-0191 JB

MICHAEL COBB,

      Defendant.

## ORDER GRANTING UNITED STATES' MOTION FOR DOWNWARD ADJUSTMENT IN DEFENDANT'S OFFENSE LEVEL

THIS MATTER having come before the Court on the written motion of the United States pursuant to USSG § 3E1.1(b) for a downward adjustment in sentencing the above-named Defendant, the Court having reviewed the motion and being fully advised in the premises, finds the motion is well taken and shall be granted.

IT IS THEREFORE ORDERED that the Government's Motion for § 3E1.1(b) Downward Adjustment is granted, and the Defendant's sentencing guidelines offense level is adjusted downward by one additional level for timely acceptance of responsibility.

_____
UNITED STATES DISTRICT JUDGE